No. 88–5720. BOWMAN v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 88–5721. YOUNG v. COUGHLIN, COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 2d Cir. Certiorari denied.

No. 88–5734. FRANCIS v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 88–5768. SELLNER v. PRINCE GEORGE'S COUNTY, MARYLAND, ET AL. C. A. 4th Cir. Certiorari denied.

No. 88–5771. METTS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–5787. REGAN v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 88–5797. MOODY v. BAKER. C. A. 5th Cir. Certiorari denied.

No. 88–5798. MOODY v. TEXAS COURT OF CRIMINAL APPEALS. C. A. 5th Cir. Certiorari denied.

No. 88–5831. BRANNON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 88–5845. DEPRIEST v. VIRGINIA. Ct. App. Va. Certiorari denied.

No. 88–5846. LLOYD v. HINES ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 88–5851. BILAL v. DAYTON HUDSON CORP. ET AL. C. A. 8th Cir. Certiorari denied.

No. 87–211. BLACK, WARDEN v. ROBINSON. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 88–564. MICHIGAN v. DYE. Sup. Ct. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 88–668. COLORADO v. HARRIS. Sup. Ct. Colo. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.